UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
MERIDIAN AUTONOMOUS INC.,
MERIDIAN USA, INC., and GLOBAL
RESOURCES MANAGEMENT
CONSULTANCY INC.,
                          Plaintiffs,

        -against-

COAST AUTONOMOUS LLC, PHOENIX
WINGS, LTD., EMAPSCAN LLC, PIERRE
LEFVRE, MATTHEW LESH, COREY
CLOTHIER, CYRIL ROYERE, JONATHAN
GARRETT, and ADRIAN SUSSMANN,
                                 Defendants.
-----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/31/2020

17 CIVIL 5846 (VSB)

# JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated January 30, 2020, the moving Defendants' motion to dismiss is GRANTED. Accordingly, Counts 1, 3, 4, 9, 11, 14–18, and 22–24 of Plaintiffs' First Amended Complaint are dismissed as against the non-signatory Defendants, and Counts 2, 5–8, 10, 12, 13, 19–21 are dismissed as against all Defendants. Plaintiffs' Counsel's motion to withdraw as attorney for Plaintiffs is GRANTED; accordingly, the case is closed.

**Dated:** New York, New York
         January 31, 2020

                                                **RUBY J. KRAJICK**

                                                 **Clerk of Court**
                    **BY:**

                                                 **Deputy Clerk**